# EXHIBIT B

**FILED**
**14 MAR 2023 12:46 pm**
**Civil Administration**
**F. HEWITT**

## IN THE COURT OF COMMON PLEAS OF PHILADELPHIA
## CIVIL TRIAL DIVISION

| | |
|---|---|
| CHARLES WILLIAMS,<br><br>    Plaintiff<br><br>  v.<br><br>JOHN MIDDLETON COMPANY,<br>LEIGA IMPORT CORPORATION, ALTRIA<br>GROUP, INC., AMAR REALTY CO, INC.,<br>AND GAS & CO, LLC,<br><br>    Defendants | Case No. 230201627 |

ORDER

AND NOW THIS _____ day of _____, 2023, it is hereby

ORDERED AND DECREED THAT:

**In accordance with 231 Pa. Code § 229(b)(1), the Court dismiss without prejudice**

**Defendant, Altria Group, Inc. (hereafter "Altria"), from the above-captioned case.**

BY THE COURT:

_____
            J.

Case ID: 230201627
Control No.: 23033055

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA**
**CIVIL TRIAL DIVISION**

| | |
|---|---|
| CHARLES WILLIAMS,<br><br>     Plaintiff<br><br>  v.<br><br>JOHN MIDDLETON COMPANY, LEIGA IMPORT CORPORATION, ALTRIA GROUP, INC., AMAR REALTY CO, INC., AND GAS & CO, LLC,<br><br>     Defendants | Case No. 230201627 |

**PLAINTIFF'S RULE 229(B)(1) MOTION FOR COURT APPROVAL**
**OF DISCONTINUANCE AGAINST DEFENDANT ALTRIA GROUP, INC.**

In accordance with 231 Pa. Code § 229(b)(1), Plaintiff hereby requests the Court dismiss without prejudice Defendant, Altria Group, Inc. (hereafter "Altria"), from the above-captioned case. In support of this request, Plaintiff states the following:

1. On February 15, 2023, Plaintiff filed a Complaint in the above-captioned case.

2. On February 22, 2023, Plaintiff served Altria by first class mail. To date, Altria has not entered an appearance in this action, or responded to the Complaint.

3. On February 28, 2023, counsel for Altria informed Plaintiff's counsel that Altria is a holding company and does not manufacture tobacco products.

4. On March 1, 2023, Plaintiff's counsel agreed in writing to stipulate to dismiss Altria without prejudice.

5. According to 231 Pa. Code § 229(b)(1), a "discontinuance may not be entered as to less than all defendants except upon the written consent of all parties or leave

Case ID: 230201627<br>Control No.: 23033055

of court upon motion of any plaintiff or any defendant for whom plaintiff has stipulated in writing to the discontinuance."

6.  Here, Plaintiff and Altria have stipulated in writing to the discontinuance.

7.  Therefore, pursuant to 231 Pa. Code § 229(b)(1), Plaintiff respectfully requests the Court dismiss Altria without prejudice from this matter.

CHAIKEN LYONS & GAYNIER

/s/ Kelsey L. Gaynier

DATE: March 14, 2023                BY:_____
                                         KELSEY L. GAYNIER, ESQ.
                                         ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 14, 2023, a true and correct copy of the

foregoing Plaintiff's Rule 229(B)(1) Motion for Court Approval of Discontinuance Against

Defendant Altria Group, Inc. was served *via* the Court's e-filing system on the following counsel

of record:

**John M. Lyons, Esquire**
Shook, Hardy & Bacon L.L.P.
Citigroup Center
201 S. Biscayne Blvd., Suite 3200
Miami, FL 33131
Email: jlyons@shb.com

CHAIKEN LYONS & GAYNIER

/s/ Kelsey L. Gaynier

DATE: MARH 14, 2023                 BY:_____

KELSEY L. GAYNIER, ESQ.