# EXHIBIT C

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA**
**CIVIL TRIAL DIVISION**

| | |
|---|---|
| CHARLES WILLIAMS,<br><br>Plaintiff<br><br>v.<br><br>JOHN MIDDLETON COMPANY,<br>LEIGA IMPORT CORPORATION, AMAR<br>REALTY CO, INC., AND GAS & CO, LLC,<br><br>Defendants | Case No. 230201627 |

**DECLARATION OF GURINDER SYAN**

I, Gurinder Syan, state:

1.  I am over the age of twenty-one (21), of sound mind, and capable of making this declaration. I am in all respects qualified and authorized in making this declaration. I have personal knowledge of all the facts stated in this declaration and all of the facts stated herein are true and correct.

2.  Amar Realty Co, Inc. has not been served with the above-captioned complaint.

3.  Amar Realty Co, Inc. does not intend to waive service by completing this Declaration.

4.  I understand that in the above-captioned Complaint, Plaintiff has alleged he purchased "Black and Mild" brand cigars/cigarillos and a LEIGA lighter from a "Gas n Go" convenience store located at 27-33 Cobbs Creek Parkway, Philadelphia, PA 19139.

5.  I am a co-owner of Defendant, AMAR Realty Co., Inc. (hereafter "AMAR"). AMAR owns the property at 27-33 Cobbs Creek Parkway, Philadelphia, PA 19139, also known as 6243 Chestnut St, Philadelphia, PA 19139 ("the subject property").

6.  AMAR does not market, supply, distribute and/or otherwise place in the stream of commerce any products whatsoever. More specifically, AMAR has never marketed, purchased, or sold any tobacco products or lighters.

7.  AMAR has never held a license to sell tobacco products.

8.  Rather, AMAR is solely a real estate holding company. AMAR leases the subject property to a separate corporation. AMAR has leased the subject property to another corporation for approximately twenty years. A separate corporate entity – and not AMAR – has managed a gas and convenience store on the subject property for the entire twenty years.

9.  The separate corporate entity that manages the gas and convenience store at the subject property, is not the named Defendant, "Gas & Co., LLC."

10. In fact, AMAR has no relationship with, or knowledge of, the Defendant "Gas & Co., LLC."

11. Defendant "Gas & Co., LLC," does not operate or conduct any business at the subject property.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 22 day of March, 2023, in Philadelphia, Pennsylvania.

_____
Gurinder Syan