# EXHIBIT D

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**CIVIL TRIAL DIVISION**

| | | | |
|---|---|---|---|
| Charles Williams | : | | |
| 5919 Haverford Ave, 2nd Floor | : | | |
| Philadelphia, PA 19151 | : | | |
| | : | TERM, 2023 | |
| vs. | : | | |
| | : | No.: | |

Charles Williams
5919 Haverford Ave, 2nd Floor
Philadelphia, PA 19151

        vs.

John Middleton Company
2325 Bells Road
Richmond, VA, 23234-2274
and
418 W Church Rd
King of Prussia, PA 19406

        And

Altria Group, Inc.
6601 West Broad Street
Richmond, VA 23230

        And

Leiga Import Corporation
19800 Macarthur Blvd Ste 300
Irvine, California, 92612

        And

Amar Realty Co, Inc.
18 Marlboro Street
Upper Darby, PA 19083

        And

Gas & Co, LLC
29 Bala Avenue
Bala Cynwyd, PA 19004

TERM, 2023

No.:

## <u>DEFENDANT ALTRIA GROUP, INC'S CONSENT TO REMOVAL</u>

Plaintiff has stipulated to dismiss Altria Group, Inc.  Nevertheless, in the event that consent is deemed required, Atria Group, Inc. hereby consents to John Middleton Co.'s removal of this lawsuit from Pennsylvania state court to this Court.  Altria Group, Inc. does not waive – and reserves the right to assert – any and all defenses in future proceedings, including but not limited to lack of personal jurisdiction.

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ John M Lyons*
    John M. Lyons
    PA Attorney No. 210248
    One Rockefeller Plaza
    Suite 2801
    New York, NY 10020
    Telephone: 212.989.8844
    Facsimile: 929.501.5455
    Email: jlyons@shb.com

    Adam S. Tolin
    PA Attorney No. 91424
    Two Commerce Square
    2001 Market St, Suite 3000
    Philadelphia, PA 19103
    Telephone: 215.575.3110
    Facsimile: 215.278.2594
    Email: jlyons@shb.com

***Attorneys for Defendant***
***Altria Group, Inc.***

Dated: March 24, 2023