IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES WILLIAMS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN MIDDLETON COMPANY, ET AL. | : | NO. 23-1158 |

## ORDER

**AND NOW**, this 11th day of May, 2023, upon consideration of "Plaintiff's Motion to Remand to the Court of Common Pleas of Philadelphia" (Docket No. 8), and the response thereto of Defendant John Middleton Company ("Middleton"), as well as Middleton's Notice of Removal and the argument on the Motion on May 10, 2023, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that Plaintiff's Motion is **DENIED**. **IT IS FURTHER ORDERED** that Defendants Amar Realty Co., Inc. and Gas & Co, LLC are **DISMISSED** as Defendants to this action.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.